NUMBER 13-00-705-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________


LINDA FIRO , Appellant,

v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 105th District Court 

of Nueces County, Texas.

___________________________________________________________________


O P I N I O N


Before Chief Justice Valdez and Justices Hinojosa and Yañez

Opinion Per Curiam



Appellant, LINDA FIRO , attempted to perfect an appeal from a judgment entered by the 105th District Court of Nueces
County, Texas, in Cause No. 00-CR-1263-D . The State has filed a motion to dismiss the appeal for want of jurisdiction
under the authority of Tex. R. App. P. 25.2(b)(3). Appellant's counsel has filed a response in which he concludes that this
Court is without jurisdiction to consider the present appeal. See Cooper v. State, 45 S.W.3d 77 (Tex. Crim. App. 2001). 

Accordingly, it is the opinion of the Court that the State's motion to dismiss the appeal for want of jurisdiction should be
granted. The State's motion to dismiss the appeal is hereby GRANTED, and the appeal is hereby DISMISSED FOR
WANT OF JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 11th day of October, 2001 .